Andrew Hudson (DC Bar No. 469817)
(*pro hac vice* application pending)
(202) 326-2213 / ahudson@ftc.gov
Suzanne Barth (MA Bar No. 706122)
(*pro hac vice* application pending)
(202) 326-3317 / sbarth@ftc.gov
Org. 1144, Mailstop CC-5201
600 Pennsylvania Ave., NW
Washington, DC 20580

Local Counsel
John Jacobs (CA Bar No. 134154)
(310) 824-4300 / jjacobs@ftc.gov
Federal Trade Commission
10990 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
(310) 824-4380 (fax)

Attorneys for Plaintiff
Federal Trade Commission

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> vs. <br><br> **Universal Guardian Acceptance, LLC**, et al., <br><br> Defendants. | No. 21-8260 <br><br> **Notice of Related Case Pursuant to Local Rule 83-1.3.1** |

     Pursuant to Local Rule 83-1.3.1, the Federal Trade Commission ("FTC") hereby provides notice that this matter is related to *FTC v. OTA Franchise Corporation, et al.*, No. 8:20-cv-00287.

     In *FTC v. OTA Franchise Corporation*, the FTC alleged that OTA Franchise Corporation, Newport Exchange Holdings, Inc., NEH Services, Inc., and several

1

individuals (collectively "OTA") deceived and defrauded consumers by making false and unsubstantiated claims that their investment training courses were likely to generate significant income.  OTA permitted consumers to finance its courses, which cost tens of thousands of dollars, using retail installment contracts. Defendants in this action underwrote, serviced, and/or funded many of the OTA retail installment contracts.

In this action, the FTC alleges that Defendants knew or should have known of OTA's deceptive practices, and are liable under Section 5 of the FTC Act for facilitating OTA's fraud.

Respectfully submitted,

REILLY DOLAN
Acting General Counsel

Dated:  October 19, 2021         /s/ Andrew Hudson
Andrew Hudson
Suzanne Barth
Federal Trade Commission
Org 1144, Mailstop CC-5201
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 326-2213 / ahudson@ftc.gov
(202) 326-3317 / sbarth@ftc.gov

John Jacobs
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
(310) 824-4300 / jjacobs@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION